UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:18-cv-00021-MOC

| | | |
|---|---|---|
| ANGELA MARIE SUTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Dismiss Civil Action. Having considered such motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that on plaintiff's Motion to Dismiss Civil Action is **GRANTED**, and this action is **DISMISSED** with prejudice.

Signed: June 7, 2018

Max O. Cogburn Jr.
United States District Judge